# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| LINDRA I. JACKSON, et al. § | |
| § | |
| v.   § | CIVIL ACTION NO. 3:22-CV-986-S-BH |
| § | |
| SMALL BUSINESS ADMINISTRATION, § | |
| et al. § | |

### ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 52. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's Motion for Default Judgment [ECF No. 48] is **DENIED**.

**SO ORDERED.**

SIGNED July 26, 2022.

_____
**UNITED STATES DISTRICT JUDGE**